IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRAVO SALON SPECIALISTS, LLC,

            Plaintiff,

v.

LABEL.M USA, INC.,

            Defendant.

ORDER

15-cv-631-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 7, 2015, defendant Label.M USA, Inc. filed a motion to transfer this case to the United States District Court for the Southern District of Florida. Dkt. #11. Under the court's briefing schedule, plaintiff Bravo Salon Specialists, LLC had until October 28, 2015 to file an opposition brief and defendant had until November 9, 2015. Plaintiff's October 28 deadline passed without plaintiff's filing a brief or a request for an extension of time. More than two weeks later, on November 16, 2015, plaintiff filed its opposition brief, without seeking permission to file a late brief or explaining why it missed the deadline. Dkt. #21.

Although two more weeks have passed since plaintiff filed its brief, defendant has neither moved to strike plaintiff's brief as untimely nor filed a reply brief. In the absence of an objection from defendant, I decline to strike the brief because I see no unfair prejudice to defendant. However, because defendant may be waiting for guidance from the court

regarding whether and when it should file another brief, I will give defendant a new deadline for submitting a reply.

ORDER

IT IS ORDERED that defendant Label.M USA, Inc. may have until December 7, 2015 to file a reply brief in support of its motion to transfer.

Entered this 1st day of December, 2015.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge